IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. CLEMONS; CHANTELLE CLEMONS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LAKE COUNTY SHERIFF RODNEY MITCHELL, SHERIFF CAPT. JAMES BAUMAN, SHERIFF SGT. MONREAL, SHERIFF SGT. FINDLEY,<br><br>　　　　　Defendants.　　　　　／ | No. C 10-3832 WHA (PR)<br><br>**ORDER SCHEDULING BRIEFING ON PLAINTIFF'S MOTION FOR RECONSIDERATION** |

　　　This is a pro se civil rights complaint under 42 U.S.C. 1983 filed by an inmate at the Lake County Jail. Plaintiff is granted leave to file his motion for reconsideration (docket number 16). Within 21 days of the date this order is filed, defendants shall file an opposition or notice of non-opposition to plaintiff's motion. Within 14 days of the date the opposition is filed, plaintiff may file a reply brief.

　　　**IT IS SO ORDERED.**

Dated: December __13__, 2010.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\CLEMONS3832.REC.wpd