United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. CLEMONS; CHANTELLE CLEMONS,<br><br>    Plaintiff,<br><br>  v.<br><br>LAKE COUNTY SHERIFF RODNEY MITCHELL, SHERIFF CAPT. JAMES BAUMAN, SHERIFF SGT. MONREAL, SHERIFF SGT. FINDLEY,<br><br>    Defendants.<br>                                    / | No. C 10-3832 WHA (PR)<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

      On November 21, 2011, plaintiffs' motion for reconsideration of the dismissal order was denied in part. Plaintiffs were allowed thirty days in which to file a motion for leave to amend their complaint, with their proposed amended complaint attached. They were cautioned that their failure to do so would result in the denial of the motion for reconsideration in full. More than thirty days have passed, and plaintiffs have not filed a motion for leave to amend. Consequently, the motion for reconsideration is **DENIED** in full.

      **IT IS SO ORDERED.**

Dated: January   11  , 2012.

                                                      WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\CLEMONS3832.REC2.wpd